NUMBER 13-07-00346-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

THE STATE OF TEXAS, Appellant,


v.



ONE EIGHT THOUSAND, TWO HUNDRED 

AND SIXTY-TWO DOLLARS ($8,262.00) 

U.S. CURRENCY, ET AL., Appellees.

_____________________________________________________________


On appeal from the 197th District Court 


of Willacy County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 The appellant's brief in the above cause was due on July 25, 2007. To date, said
brief has not been filed. On August 6, 2007, the Court notified appellant that the appeal
was subject to dismissal for want of prosecution unless, within ten days, appellant
reasonably explained its failure to file the brief and the appellees were not significantly
injured by its failure to do so. In response to this notice, appellant moved for an extension
of time to file its brief, which was granted until September 10, 2007. Appellant thereafter
failed to file a brief, and, on September 24, 2007, the court again notified appellant that its
brief was late and further notified appellant that the appeal was subject to dismissal for
want of prosecution. Appellant has failed to respond to this notice and has further failed
to pay required fees associated with its motion for extension of time. 

 Accordingly, this appeal is DISMISSED FOR WANT OF PROSECUTION. See Tex.
R. App. P. 42.3(b), (c). 

 PER CURIAM

Memorandum Opinion delivered 

and filed this the 10th day of January, 2008.